JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA ACUNA ALMENGOR,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-5128-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. **Maria Elena Acuna Almengor (A# 240-923-441)** is ORDERED RELEASED from custody forthwith under an official written order of conditional release with notice of the terms of release and the express conditions on which release may be revoked by an authorized official exercising discretion conferred by statute and regulation. *See* 8 U.S.C. §§ 1226(a)(2), 1226(b); 8 C.F.R. § 236.1(c)(9).

Respondents are also ORDERED TO RETURN all identification or other official documents belonging to Petitioner, including passports, in their possession, custody, or control within 72 hours of Petitioner's release (if not at the time of her release).

DATED: September 7, 2026

STEVE KIM
United States Magistrate Judge